1  SEYFARTH SHAW LLP
   Ashley N. Arnett (SBN 305162)
2  aarnett@seyfarth.com
   601 South Figueroa Street, Suite 3300
3  Los Angeles, California 90017-5793
   Telephone:   (213) 270-9600
4  Facsimile:    (213) 270-9601

5  Attorneys for Defendant
   HARLAY HOSPITALITY, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 ORLANDO GARCIA,                    Case No.

12            Plaintiff,              **DEFENDANT'S NOTICE OF
                                      REMOVAL OF CIVIL ACTION
13      v.                            TO UNITED STATES DISTRICT
                                      COURT**
14 HARLAY HOSPITALITY, INC., a
   California Corporation; and Does 1-10,   (Los Angeles Superior Court Case No.
15                                     21NWCV00059)
            Defendants.
16                                     Complaint Filed: January 29, 2021

17

18 **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE**

19 **CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS**

   **ATTORNEYS OF RECORD:**
20
         PLEASE TAKE NOTICE that Defendant Harlay Hospitality, Inc. ("Defendants")
21
   hereby removes the above-referenced action filed by Plaintiff Orlando Garcia
22
   ("Plaintiff") (collectively the "Parties") in the Superior Court of the State of California
23
   for the County of Los Angeles, to the United States District Court for the Central District
24
   of California, pursuant to 28 U.S.C. §§ 1441 and 1446, asserting original federal
25
   jurisdiction under 28 U.S.C. § 1331, to effect the removal of this action, and state that
26
   removal is proper for the reasons set forth below.
27

28

---

                              1

## BACKGROUND

1.      This removal involves a lawsuit that was filed by Plaintiff on January 29, 2021 in the Superior Court of the State of California for the County of Los Angeles, entitled *Orlando Garcia v. Harlay Hospitality, Inc.*, Case No. 21NWCV00059.  *See* Declaration of Ashley N. Arnett ("Arnett Decl") at ¶ 3.

2.      The Complaint asserts two claims for relief against Defendant: (1) violation of Title III of the Americans with Disabilities Act ("ADA")—42 U.S.C. § 12182, and (2) violation of the Unruh Civil Rights Act—Civil Code §§ 51, 52.  *See* Arnett Decl. at ¶ 4.

## TIMELINESS OF REMOVAL

3.      Plaintiff served Defendant with the Complaint via substitute service on February 19, 2021.  *See* Arnett Decl. at ¶ 5.

4.      As such, this Notice of Removal is timely as it is filed within thirty (30) days "after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ."  *See* 28 U.S.C. § 1446(b)(1).

## GROUNDS FOR REMOVAL

5.      This Court has original jurisdiction over actions involving one or more federal questions.  *See* 28 U.S.C. § 1331 (conferring original jurisdiction upon federal courts for actions arising under the laws of the United States).  Further, this Court "shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original [federal question] jurisdiction that they form part of the same case or controversy . . . ."  28 U.S.C. § 1367(a).

6.      Plaintiff's first cause of action in the Complaint seeks remedies under Title III of the ADA—a federal statute codified at 42 U.S.C. §§ 12181, *et seq.  See* Arnett Decl. at ¶ 4, pp. 8-9.  This action therefore presents a federal question over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

///

DEFENDANT'S NOTICE OF REMOVAL OF ACTION

7.     Plaintiff's remaining claim is asserted under California's Civil Code §§ 51, 52 (Unruh Civil Rights Act) based on an alleged failure to provide full and equal access to Defendant's services, specifically relating to Defendant's reservation policies and practices, in violation of the ADA.  *See* Arnett Decl. at ¶ 4, p. 10.

8.     Accordingly, this Court has supplemental jurisdiction over Plaintiff's state law claim as it arises from, relates to, and emanates from the same alleged ADA violation, and is so related that it forms part of the same case or controversy pursuant to 28 U.S.C. § 1367(a).

## VENUE

9.     Venue lies in the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 84(c)(2) and 1391.  This action originally was brought in the Superior Court of the State of California for the County of Los Angeles, which is located within the Central District of the State of California, and the allegations in Plaintiff's Complaint occurred in the County of Los Angeles.

## NOTICE OF REMOVAL

10.     This Notice of Removal will be promptly served on Plaintiff and filed with the Clerk of the Superior Court of the State of California for the County of Los Angeles.

11.     In compliance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant, including the Summons and Complaint, are attached as Exhibit A to the Declaration of Ashley N. Arnett.

12.     The undersigned, as counsel for Defendant, has read the foregoing and signs this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant Harlay Hospitality, Inc. prays that the above action pending before the Superior Court of the State of California for the County of Los Angeles be removed to the United States District Court for the Central District of California.

DEFENDANT'S NOTICE OF REMOVAL OF ACTION

1     DATED: March 9, 2021            Respectfully submitted,

2                                          SEYFARTH SHAW LLP

3

4                                          By: */s/ Ashley N. Arnett*

5                                                  Ashley N. Arnett
                                       Attorneys for Defendant

6                                        HARLAY HOSPITALITY, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

DEFENDANT'S NOTICE OF REMOVAL OF ACTION