UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:21-cv-01326-SVW-AS |
| | Related Cases: |
| | 2:21-cv-01523-SVW-AS |
| | 2:21-cv-01781-SVW-AS |
| | 8:21-cv-00506-SVW-AS |
| | 2:21-cv-01783-SVW-AS |
| | 2:21-cv-01901-SVW-AS |
| | 2:21-cv-01936-SVW-AS |
| | 2:21-cv-02133-SVW-AS |

Date: April 27, 2021

Title

*Dwain Lammey v. Carson Hospitality Group, Inc. et al*
*Related Cases:*
*Orlando Garcia v. TUJHMM, Inc. et al*
*Orlando Garcia v. G6 Hospitality Property LLC et al*
*Gary Scherer v. Newport Hotel Venture Inc. et al*
*Orlando Garcia v. G6 Hospitality Property LLC et al*
*Orlando Garcia v. Sanjay Patel et al*
*Orlando Garcia v. Madhubhai M. Patel et al*
*Orlando Garcia v. Harlay Hospitality, Inc. et al*

Present: The Honorable STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   ORDER CONSOLIDATING CASE.

It is hereby ORDERED that the instant case be consolidated with the lead case, *Dwain Lammey v. Carson Hospitality Group, Inc.*, No. 2:21-cv-01326-SVW-AS.   The parties shall proceed in litigating this case under the case number and case caption of the *Lammey* case.   The Court ORDERS no further filings to occur in this case. The consolidated case is moved to the Court's inactive calendar. The plaintiff is ordered to file a consolidated complaint in the lead case.

IT IS SO ORDERED.

:

Initials of Preparer   PMC